1  Mark A. Romeo (State Bar No. 173007)
    mromeo@crowell.com
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, California 92614-8505
   Telephone:   (949) 263 8400
4  Facsimile:   (949) 263 8414

5  Trina McAlister (State Bar No. 253139)
    tmcalister@crowell.com
6  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
7  San Francisco, California 94111
   Telephone:   (415) 986-2800
8  Facsimile:   (415) 986-2827

9  Attorneys for Defendant BLEUM U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THOMAS RAYMOND DOLIS, | Case No. CV-11-2713 ~~MEJ~~ TEH |
|---|---|
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| v. | |
| BLEUM USA, INCORPORATED, | Complaint Filed:   June 6, 2011<br>Trial Date:   None Set |
| Defendant. | |

CASE NO. CV-11-2713 MEJ

[PROPOSED] ORDER GRANTING APPROVAL OF SUBSTITUTION OF ATTORNEY

CROWELL & MORING LLP
ATTORNEYS AT LAW

1  Good cause appearing, the Court orders that the request of defendant Bleum U.S.A., Inc.
2  to substitute Mark A. Romeo (State Bar No. 173007), of Crowell & Moring LLP, 3 Park Plaza,
3  Irvine, California 92714, (949) 263-8400 voice telephone, (949) 263-8414 facsimile,
4  mromeo@crowell.com, as its attorney of record in place and stead of Douglas E. Dexter (State
5  Bar No. 115868), of Farella Braun & Martel LLP, is hereby:
6  GRANTED.

7  DATED:  08/01/2011          BY: _____
8                                  HONORABLE
                                    United States

9  IRACTIVE-5003866.1

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1                                             CASE NO. CV-11-2713 MEJ
[PROPOSED] ORDER FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE